IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KATREIA N. WILSON-BROADWATER**                         **PLAINTIFF**

v.                                Civil Action No. 1:16cv309-HSO-JCG

**DELTA CAREER**
**EDUCATION CORPORATION**                                   **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Order entered herewith granting Defendant Delta Career Education Corporation's Motion [5] to Compel Arbitration and to Dismiss,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of November, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE